# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JULIE SPRIGGS

VERSUS

DAIRYLAND COUNTY MUTUAL
INSURANCE COMPANY OF TEXAS
AND CLAUDIA LARRAGA

NO.  2024 CW 0393

**JULY 15, 2024**

---

In Re:    Julie Spriggs, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          125970.

---

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                              **EW**
                              **CHH**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT